188 F.2d 162
 13 Alaska 290
 L. D. ROACH, as Administrator of the Estate of Arno
Liebscher, Deceased, Appellant,
v.
MATANUSKA VALLEY FARMER'S COOPERATING ASSOCIATION, a
Corporation, Appellee.
 No. 12589.
 United States Court of Appeals Ninth Circuit.
 April 16, 1951.
Rehearing Denied May 21, 1951.
 
 Bailty E. Bell, Anchorage, Alaska, for appellant.
 Davis & Renfrew, Anchorage, Alaska, for appellee.
 Before HEALY and ORR, Circuit Judges, and LEMMON, District Judge.
 PER CURIAM.
 
 
 1
 The judgment in this case is affirmed for the reasons given in the opinion of District Judge Dimond, reported in 87 F.Supp. 641, 12 Alaska 512.